PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 28 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Adriana Casandra Jimenez        Case Number: 0980 2:13CR02092-006

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: February 20, 2014       Type of Supervision: Probation

Original Offense: Theft from Gaming Establishment Less than $1,000; 18 U.S.C. § 1167(a)       Date Supervision Commenced: February 20, 2014

Original Sentence: Probation - 36 Mos. Probation       Date Supervision Expires: February 19, 2017

## PETITIONING THE COURT

The probation officer requests the following mandatory condition be suspended, as the defendant poses a low risk of future substance abuse:

Mandatory Condition to be suspended: The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

## CAUSE

Ms. Jimenez has no prior criminal history and there is no indication she uses or abuses substances. It appears appropriate to waive this mandatory condition, and this officer requests the Court approve the following: The above drug testing condition is suspended, based on the Court's determination that the defendant poses a low risk of future substance abuse.

Respectfully submitted,

by    s/Stephen Krous

Stephen Krous
U.S. Probation Officer
Date: February 28, 2014

Prob 12B
Re: Jimenez, Adriana Casandra
February 28, 2014
Page 2

THE COURT ORDERS

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[ ]     Other

_____
Signature of Judicial Officer

2/28/14
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

Mandatory Condition: The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

Witness: _____  Signed: _____
Stephen Krous                                          Adriana Casandra Jimenez
U.S. Probation Officer                              Probationer or Supervised Releasee

2/28/2014
Date